

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2021

No. 04-19-00516-CR

Kedreen Marque **PUGH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6053
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

Sitting:        Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice[1]

On July 13, 2021, the Texas Court of Criminal Appeals issued the mandate in this appeal in which it reversed our decision and remanded the matter to this court. *See Pugh v. State*, 624 S.W.3d 565 (Tex. Crim. App. 2021). Specifically, the Court of Criminal Appeals held that our harm analysis related to the trial court's denial of appellant's motion to suppress was unsound and that our finding of harm was in error. *See id.* at 570. The Court of Criminal Appeals remanded the case for us to consider appellant's remaining issue that we did not reach. *See id.*; *Pugh v. State*, 04-19-00516-CR, 2020 WL 1866289 (Tex. App.—San Antonio Apr. 15, 2020), *rev'd*, 624 S.W.3d 565 (Tex. Crim. App. 2021).

Accordingly, we ORDER that the parties may file supplemental briefs in this court in light of the decision by the Texas Court of Criminal Appeals. We ORDER appellant to file his supplemental brief, if any, in this court on or before October 1, 2021. The State's supplemental brief, if any, will be due in this court thirty days after the date appellant's supplemental brief is

---

[1] This case was originally submitted on briefs before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Martinez, and Justice Rios. Chief Justice Martinez has now assumed Chief Justice Marion's place and replaces her on remand in accordance with Rule 8(j)(iii) of our Internal Operating Procedures. Likewise, Justice Valenzuela has now assumed Justice Martinez's place and replaces her on remand in accordance with Rule 8(j)(iii).

filed.  If either party chooses not to file a supplemental brief, that party is ORDERED to notify this court of such fact in writing on or before September 10, 2021.  If appellant decides not to file a supplemental brief, appellee may still file a supplemental brief, and such brief will be due thirty days after the date appellant advises this court in writing that he does not intend to file a supplemental brief.

_____
Rebeca C. Martinez, Chief Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court